UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

ROSE ANN TAMBURRI,
    Debtor and Debtor in Possession

Case No.:     25-21049

Adversary No.: _____

Chapter:     11

Judge:     JNP

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Wells Fargo Bank, N.A.
(Example: John Smith, creditor)

Old address:   Attn: Bankruptcy Department
    PO Box 24605
    Minneapolis, MN 55424-0605

New address:   Wells Fargo Card Services
    PO Box 10438, MAC F8235-02F
    Des Moines, IA 50306-0438

New phone no.: _____
(if debtor is filing and their phone number has changed).

❑ Check here if you are a debtor or a joint debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number: _____

Joint debtor's DeBN account number: _____

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  \_\_11/04/2025_____      \_\_s/ Ira R. Deiches_____
                                                                        Signature

*rev.1/27/2025*