| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Ira R. Deiches, Esq. (NJ ID #013941976)<br>DEICHES & FERSCHMANN<br>525 Route 73 N, Ste 104<br>Marlton, NJ 08053<br>iradeiches@deicheslaw.com<br>(856)428-9696<br>Proposed Attorneys for Debtor | |
| In re:<br><br>Rose Ann Tamburri | Case No.: 1:25-bk-21049<br><br>Chapter: 11<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: JNP |

## SUPPLEMENTAL  CERTIFICATION OF SERVICE

1. I, Ira R. Deiches:

    ☒ represent Debtor in the this matter.

    ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On November 7, 2025 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Debtor's Application for Retention of Accountant, Certification of Disinterestedness Joseph B. Friedman, CPA and a proposed form of Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 7, 2025            s/ Ira R. Deiches
                                    Signature

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case
Bankruptcy

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wells Fargo Bank, N.A.<br>Home Equity Group<br>PO Box 2248<br>Jacksonville, FL 323203 | secured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |