UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esq. (NJ ID #013941976)
DEICHES & FERSCHMANN
A Professional Corporation
525 Route 73 N, Ste 104
Marlton, NJ 08053
iradeiches@deicheslaw.com
(856)428-9696
Proposed Attorneys for Rose Ann Tamburri.

Order Filed on November 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rose Ann Tamburri

Case No.: 25-21049

Chapter: 11

Judge: JNP

# ORDER AUTHORIZING RETENTION OF

Deiches & Ferschmann, A Professional Corporation

The relief set forth on the following page is **ORDERED**.

**DATED: November 10, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain __Deiches & Ferschmann, PA__ as __counsel for Debtor and the DIP__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 525 Route 73 N, Ste 104
   Marlton, NJ 08053

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

5. Notwithstanding the Application, Certification, or Retention Agreement to the contrary, Deiches & Ferschmann, PA may only withdraw from representation of the Debtor upon Court order.

*rev.8/1/15*

2