UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esq. (NJ ID #013941976)

DEICHES & FERSCHMANN
A Professional Corporation
525 Route 73 N, Ste 104
Marlton, NJ 08053
iradeiches@deicheslaw.com
(856)428-9696
Proposed Attorneys for Debtor and Debtor in Possession

In Re:

Rose Ann Tamburri,

　　　　Debtor and Debtor in Possession

Order Filed on November 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:　　25-21049

Chapter:　　11

Hearing Date: November 12, 2025

Judge: Hon. Jerrold N. Poslusny, Jr.

## ORDER EXTENDING FULL AUTOMATIC STAY
## PURSUANT TO 11 U.S.C. 362(c)(3)

The relief set forth on the following pages, numbered two (2) through two (2), is
**ORDERED**.

**DATED: November 13, 2025**


_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Rose Ann Tamburri
Case No. 25-21049
Caption of Order: **EXTENDING FULL AUTOMATIC STAY
PURSUANT TO 11 U.S.C. 362(c)(3)**

Upon consideration of Debtor's motion (the "Motion") for an Order extending the full automatic stay pursuant to 11 U.S.C. §362 (c)(3), on notice to all creditors and parties in interest herein, and it appearing that Debtor filed this case in good faith and for cause shown,

IT IS ORDERED that the automatic stay is extended as to all creditors until it would terminate under 11 U.S.C. §362 (c)(1) or (2), or until further order of the court.