| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Ira R. Deiches, Esq. (NJ ID #013941976)<br>DEICHES & FERSCHMANN<br>A Professional Corporation<br>525 Route 73 N, Ste 104<br>Marlton, NJ 08053<br>iradeiches@deicheslaw.com<br>(856)428-9696<br>Proposed Attorneys for Debtor and Debtor in Possession |
| In Re:<br>Rose Ann Tamburri,<br>    Debtor and Debtor in Possession |

Order Filed on November 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    25-21049

Chapter:    11

Hearing Date: November 12, 2025

Judge: Hon. Jerrold N. Poslusny, Jr.

## ORDER EXTENDING FULL AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(c)(3)

The relief set forth on the following pages, numbered two (2) through two (2), is **ORDERED**.

DATED: November 13, 2025

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Rose Ann Tamburri
Case No. 25-21049
Caption of Order: **EXTENDING FULL AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(c)(3)**

Upon consideration of Debtor's motion (the "Motion") for an Order extending the full automatic stay pursuant to 11 U.S.C. §362 (c)(3), on notice to all creditors and parties in interest herein, and it appearing that Debtor filed this case in good faith and for cause shown,

IT IS ORDERED that the automatic stay is extended as to all creditors until it would terminate under 11 U.S.C. §362 (c)(1) or (2), or until further order of the court.

United States Bankruptcy Court

District of New Jersey

In re:  
Rose Ann Tamburri  
    Debtor

Case No. 25-21049-JNP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Nov 14, 2025     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rose Ann Tamburri, 47 Michaelson Drive, Mount Laurel, NJ 08054-1355 |
| aty | + | Deiches & Ferschmann, 525 Route 73 N., Ste 104, Marlton, NJ 08053-3422 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor Fulton Bank  N.A. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ira Deiches | on behalf of Debtor Rose Ann Tamburri iradeiches@deicheslaw.com  deichesir85617@notify.bestcase.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Kimberly A. Wilson | on behalf of Creditor Wells Fargo Bank  N.A kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Steven Eisenberg | |

District/off: 0312-1 | User: admin | Page 2 of 2

Date Rcvd: Nov 14, 2025 | Form ID: pdf903 | Total Noticed: 2

on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-BC6 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-BC6 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8