| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>ROSE ANN TAMBURRI,<br> Debtor and Debtor in Possession | Case No.: __25-21049__<br><br>Adversary No.: _____<br><br>Chapter: __11__<br><br>Judge: __JNP__ |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    Kimberly A. Wilson, Esquire
(Example: John Smith, creditor)

Old address:    24 N. White Horse Pike

Somerdale, NJ 08083-1741

New address:    Brock and Scott
3825 Forrestgate Drive
Winston-Salem, NC 27103

New phone no.: _____
(if debtor is filing and their phone number has changed).

❑ Check here if you are a debtor or a joint debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number: _____

Joint debtor's DeBN account number: _____

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _11/19/2025_____       _s/ Ira R. Deiches, Attorney for Debtor_____
                                   Signature

*rev.1/27/2025*