UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esq. (NJ ID #013941976)
DEICHES & FERSCHMANN
A Professional Corporation
525 Route 73 N, Ste 104
Marlton, NJ 08053
iradeiches@deicheslaw.com
(856)428-9696
Proposed Attorneys for Rose Ann Tamburri.

**Order Filed on December 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Rose Ann Tamburri,
      Debtor and Debtor in Possession

Case No.: _____25-21049_____

Chapter: _____11_____

Judge: _____JNP_____

**ORDER AUTHORIZING RETENTION OF**

_____Accountant for Debtor and DIP_____

The relief set forth on the following page is **ORDERED**.

**DATED: December 2, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Joseph B. Friedman, CPA_____

as _____accountant_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
The professional's address is:   Joseph B. Friedman, CPA_____

414 Browning Lane_____

Cherry Hill, NJ 08003_____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper
application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
13 case. Payment to the professional may only be made after satisfactory completion of
services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*