Certificate Number: 17572-NJ-DE-040490367

Bankruptcy Case Number: 25-21049



17572-NJ-DE-040490367

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 9, 2026, at 9:54 o'clock AM PST, Rose Tamburri completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 9, 2026            By:    /s/Leigh-Anna M Thompson

                                                     Name:  Leigh-Anna M Thompson

                                                     Title:   Counselor