LAW OFFICES

# DEICHES & FERSCHMANN

A Professional Corporation

525 ROUTE 73 N, STE 104
MARLTON, NEW JERSEY 08053
856-428-9696

IRA R. DEICHES                                                                    ideiches@deicheslaw.com

February 3, 2026

The Honorable Jerrold N. Poslusny, Jr.
Judge, United States Bankruptcy Court
**VIA  ECF**

Rose Ann Tambuurri
chapter 11 case 25-21049-JNP

Dear Judge Poslusny:

As counsel for the Debtor and Debtor-in-Possession in the referenced case, with the consent of the US Trustee's Office, I respectfully submit this written status report in lieu of an appearance on February 5, 2026, as previously scheduled.

Since submission of my last status report in December, Debtor has continued her business as a freelance court reporter,  interrupted briefly during January when Debtor underwent hip replacement surgery.   I expect January's Monthly Operating Report to reflect a depressed income level as a result of the surgery and post-operating recovery period.

Now that the claims bar date has passed, I sent a preliminary proposal to the IRS and NJ Division of Taxation, taking into consideration the components of the claims filed by these significant creditors, asset value to which liens may attach, and bifurcation of the secured, priority and unsecured portions of the tax claims.   I am awaiting responses to my proposals. If agreements are reached, the foundation of Debtor's Plan of Reorganization will be in place.

Debtor is current in the filing of her Monthly Operating Reports and payment of quarterly fees to the US Trustee.   Please fix a new date for further status review and calendar control.

Thank you.

Respectfully yours,

Ira R. Deiches
For the Firm

cc: Jeffrey M. Sponder, Esq.  via email and ECF