## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE:                                     APPLICANT:

                                           Ira R. Deiches, Esquire
ROSE ANN TAMBURRI                          DEICHES &FERSCHMANN
                                           A Professional Corporation


CASE NO.       25-21049-JNP        CLIENTS:       Debtor
CHAPTER NO.: 11                    CASE FILED:   October 17, 2025

### COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746.

### RETENTION ORDERS ATTACHED

## SECTION I
## FEE SUMMARY

FEE APPLICATION NO. ___1___

|                                        | FEES         | EXPENSES   |
|----------------------------------------|--------------|------------|
| TOTAL PREVIOUS FEE REQUESTED:          | $ 0.00       | $ 0.00     |
| TOTAL FEES ALLOWED TO DATE:            | $ 0.00       | $ 0.00     |
| TOTAL RETAINER (IF APPLICABLE)         | $ 9,745.25   | $ 0.00     |
| TOTAL HOLDBACK (IF APPLICABLE)         | $ 0.00       | $ 0.00     |
| TOTAL RECEIVED BY APPLICANT            | $ 0.00       | $ 0.00     |

| Name Of Professional & Title | Year Admitted | Hours | Rate          | Fee         |
|------------------------------|---------------|-------|---------------|-------------|
| Ira R. Deiches, Esquire      | 1976          | 25.60 | @ $475/hr.    | $ 12,160.00 |
| Totals                       |               | 25.60 |               | $12,160.00  |

FEE TOTALS - PAGE 2              $ 12,160.00
DISBURSEMENTS TOTALS - PAGE 3   $ 1,840.01
TOTAL FEE APPLICATION           $ 14,000.01

| SECTION II<br>SUMMARY OF SERVICES | | |
|---|---|---|
| **SERVICES RENDERED** | **HOURS** | **FEE** |
| a) Telephone Calls | 0.40 | $    190.00 |
| b) Correspondence Drafted | 0.30 | $    142.50 |
| c) Correspondence Reviewed | 0.70 | $    332.50 |
| d) Legal Research | 0.75 | $    356.25 |
| e) Court Appearance | 0.75 | $    332.50 |
| f) Preparation of Pleadings, Briefs and Miscellaneous Items | 1.50 | $    712.50 |
| g) Internal Office Meetings:<br>    (1) solely w/applicant's staff<br>    (2) third party conferences | <br>0.00<br>0.00 | <br>$      0.00<br>$      0.00 |
| h) Out of Office Meetings | 1.50 | $    712.50 |
| i) Review of File | 0.00 | $      0.00 |
| j) Travel Time | 0.00 | $      0.00 |
| k) Fee Application Preparation | 0.00 | $      0.00 |
| l) Other Services: | | |
| (1) Receipt/review of pleadings, claims, notices, orders, and reports | 8.25 | $ 3,918.75 |
| (2) Preparation, transmittal, filing and service of miscellaneous items | 5.80 | $ 2,755.00 |
| (3) Exchange of e-mail | 5.65 | $ 2,683.75 |
| (4) Miscellaneous services anticipated for case closing | 0.00 | $      0.00 |
| **SERVICE TOTALS:** | 25.60 | $12,160.00 |

| SECTION III<br>SUMMARY OF DISBURSEMENTS | |
|---|---|
| **DISBURSEMENTS** | **AMOUNT** |
| a) Telephone | $    0.00 |
| b) Copy Service | $    0.00 |
| c) Photocopying<br>   No. of Pages: <u>346</u> - Rate per Page <u>20¢</u> (Max. 20¢/pg.) | $   69.30 |
| d ) Travel (attach details - U.S. Gov't. rate) | $    0.00 |
| e) Postage | $   28.61 |
| f) Other (explain)<br>   (1) Fax<br>   No. of Pages <u>1</u>  Rate per Page <u>$1.00</u>(Max. $1.00/pg)<br>   (2) PACER<br>   (3) Filing Fees<br>   (4) Parking | <br><br>$    0.00<br>$    4.10<br>$ 1,738.00<br>$    0.00 |
| **DISBURSEMENTS TOTAL:** | $ 1,840.01 |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3-6 are not applicable to applications under 11 U.S.C. § 506)

(1)        DATE CASE FILED: October 17, 2025

(2)        CHAPTER UNDER WHICH CASE WAS COMMENCED:  11

(3)        DATE OF RETENTION:    November 10, 2025
           (Annex Copy of Order(s))    Attached
           If limit on numbers of hours or other limitations to retention, set forth: N/A

(4)        SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH
           SUPPLEMENTS AS NEEDED:
           See attached narrative.

(5)        ANTICIPATED DISTRIBUTION TO CREDITORS:

           (A)  ADMINISTRATION EXPENSES:              100%
           (B)  SECURED CREDITORS:                    100% or as agreed
           (C)  PRIORITY CREDITORS:                   100%
           (D)  GENERAL UNSECURED CREDITORS:          To be determined

(6)        FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO
           CREDITORS (IF APPLICABLE):  To be determined


I certify under penalty of perjury that the foregoing is true and correct.

                                                            02/17/2026
           IRA R. DEICHES                                   Date

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
525 Route 73 N, Ste 104
Marlton, NJ 08053
(856) 428-9696
iradeiches@deicheslaw.com
Attorneys for Debtor and Debtor-in-Possession

In Re:

ROSE ANN TAMBURRI,

Debtor and Debtor-in-Possession.

Case No. 25-21049

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter 11

Hearing Date: March 19, 2026
2:00 p.m.

## FIRST APPLICATION FOR INTERIM ALLOWANCE
## TO ATTORNEY FOR DEBTOR AND DEBTOR-IN-POSSESSION

TO:    THE HONORABLE JERROLD N. POSLUSNY, JR., Judge, U. S. Bankruptcy Court:

The application of Ira R. Deiches, Esquire, respectfully represents:

1.    He is a member of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Rose Tamburri, Debtor and Debtor-in-Possession herein ("Debtor"). A copy of the Order of this Court entered on November 10, 2025, approving the retention of the firm as attorneys for Debtors, is attached to and made part of this application.

2.    All of the services for which compensation is requested were performed for and on behalf of Debtor and not on behalf of anyone else.

3.    The services performed by your applicant as attorney for Debtor consisted generally of conferring with Debtor; preparation of required pleadings in connection with the filing and administration of this case under Chapter 11; arranging for the retention of Debtor's counsel and accountant; instructing Debtor with respect to her duties under the Bankruptcy Code; attending the initial debtor interview conducted by the United States Trustee and attending the

meeting of creditors (both telephonically); reviewing and filing of Monthly Operating Reports; reviewing proofs of claim; preparation and the successful prosecution of a contested motion to extend the stay to all creditors; conferring with Debtors regarding Plan requirements; negotiating with a tax creditor for the filing of an amended claim; discussing parameters to open negotiations for treatment of tax  claim(s and sending offers for proposed treatment of tax claims; and, specifically, the services on the dates indicated on the itemization attached hereto and made a part hereof.

4.      The approximate time spent by your applicant as counsel to Debtor through February 16, 2026, was 25.6 hours for such services.

5.      Considering the degree of responsibility, the time spent and the results accomplished, your applicant believes that a reasonable counsel fee for services rendered to Debtor, applying your applicant's ordinary hourly rate for such services of $475.00 per hour is the sum of $12,160.00, as reflected on the detailed analysis attached hereto.

6.      At the time of the commencement of this case, the firm of Deiches & Ferschmann held a retainer in the sum of $9,745.25 on account of the services for which compensation is now sought, and an additional $1,738.00 to cover the case filing fee.

At the time of this application, the firm holds those sums in trust and any allowance made on this application for interim compensation will be funded first from that retainer and repayment of the case filing fee.

7.      Your applicant has incurred the following expenses as counsel for the Debtor:

| | |
|---|---|
| Filing fee | $1,738.00 |
| Photocopies: | 69.30 |
| Postage: | 28.61 |
| PACER: | 4.10 |
| TOTAL: | $ 1840.01 |

WHEREFORE, your applicant prays that this Court approve your applicant's request for interim allowance as attorney for Debtor for services rendered in the sum of $12,160.00 and, further, approve repayment of expenses in the sum of $1840.01, for a total allowance of $14,000.01, for which no prior application has been made.

Dated:  February 17, 2026

_____
IRA R. DEICHES

-2-

-3-

IRA R. DEICHES, of full age, being hereby certifies under penalty of perjury that:

1.      The  statements made in the foregoing Application are true and correct;

2.      No agreement or understanding exists between your applicant and anyone else for a division of the compensation to be received in this case, other than with the other shareholder in the professional corporation in which he is engaged in the general practice of law.

February 17, 2026

_____
IRA R. DEICHES

-3-

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esq. (NJ ID #013941976)
DEICHES & FERSCHMANN
A Professional Corporation
525 Route 73 N, Ste 104
Marlton, NJ 08053
iradeiches@deicheslaw.com
(856)428-9696
Proposed Attorneys for Rose Ann Tamburri.

Order Filed on November 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rose Ann Tamburri

Case No.: _____25-21049_____

Chapter: _____11_____

Judge: _____JNP_____

## ORDER AUTHORIZING RETENTION OF

## Deiches & Ferschmann, A Professional Corporation

The relief set forth on the following page is **ORDERED**.

**DATED: November 10, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____ Deiches & Ferschmann, PA _____

as _____ counsel for Debtor and the DIP _____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
The professional's address is: 525 Route 73 N, Ste 104

Marlton, NJ 08053

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

5. Notwithstanding the Application, Certification, or Retention Agreement to the contrary, Deiches & Ferschmann, PA may only withdraw from representation of the Debtor upon Court order.

*rev.8/1/15*

# Deiches & Ferschman

A Professional Corporation
525 Route 73 N, Suite 104
Marlton, NJ 08053

Rose Ann Tamburri
47 Michaelson Drive
Mount Laurel, NJ 08054

February 16, 2026

In Reference To:    Financial Affairs

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/17/2025 | Filing and service of pleadings for retention of counsel | 0.25 | $118.75 |
|  | Preparation of additional pleadings for motion to extend stay | 0.50 | $237.50 |
|  | Filing and service of motion to extend stay | 0.25 | $118.75 |
|  | Letter to client confirming filing and case requirements | 0.30 | $142.50 |
| 10/20/2025 | Review 341a notice and email to client re same | 0.30 | $142.50 |
|  | Preparation and transmittal of Notice of telephonic 341a | 0.40 | $190.00 |
|  | Review filed POC | 0.20 | $95.00 |
|  | Review miscellaneous filed claims | 0.75 | $356.25 |

Rose Ann Tamburri

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 10/21/2025 | Review letter from Wells Fargo re balance in account | 0.20 | $95.00 |
| 10/22/2025 | Review 2 filed claims | 0.25 | $118.75 |
| 10/24/2025 | Email to client re choice of accountant | 0.10 | $47.50 |
| 10/27/2025 | Review NOA for PHH Mortgage | 0.10 | $47.50 |
| 10/28/2025 | Review NOA for Wells Fargo Bank | 0.10 | $47.50 |
| 10/29/2025 | Email with client re 90 day loopback period for avoidance | 0.10 | $47.50 |
| 10/30/2025 | Review POC of Fulton Bank | 0.20 | $95.00 |
| 11/3/2025 | Review letter from Wells Fargo re line of credit and email to client re same | 0.25 | $118.75 |
| | Review memo from proposed CPA re new tax id for estate | 0.10 | $47.50 |
| 11/4/2025 | Preparation and transmittal of change of address for Wells Fargo Bank, N.A. | 0.40 | $190.00 |
| | Preparation and transmittal of pleadings for retention of accountant | 1.00 | $475.00 |
| | Review NOA for PNC Bank | 0.10 | $47.50 |
| 11/5/2025 | Review Opposition to motion to extend stay and email re same | 0.40 | $190.00 |
| | Emails with debtor re claims of opposing creditor and treatment of budget/claim | 0.25 | $118.75 |
| | Review lender's POC filed in prior case | 0.30 | $142.50 |

Rose Ann Tamburri                                                                Page       3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/5/2025 | Email to SEisenberg re US Bank claim | 0.15 | $71.25 |
| 11/6/2025 | Review filed POC for Quantum Group | 0.10 | $47.50 |
|  | Filing and service of pleadings for CPA's retention | 0.25 | $118.75 |
|  | Review notice of status hearing | 0.20 | $95.00 |
|  | Emails with JSponder re engagement of case professionals | 0.40 | $190.00 |
|  | Review Property Settlement Agreement from divorce re Ocean City home | 0.50 | $237.50 |
|  | Preparation and transmittal of revised retention Order | 0.20 | $95.00 |
|  | Email to SEisenberg proposing a Stipulation to settle opposition to motion | 0.20 | $95.00 |
| 11/7/2025 | Preparation of draft Stipulation with US Bank | 0.50 | $237.50 |
|  | Review letter from PNC Bank re options for DIP and consent for contact | 0.25 | $118.75 |
|  | Preparation and transmittal of Supplemental Certification of Service | 0.25 | $118.75 |
|  | Email with DIP re exposure on Note given to Option One | 0.10 | $47.50 |
| 11/8/2025 | Preparation of pleading replying to US Bank's Opposition | 0.50 | $237.50 |
|  | Filing and service of Reply to US Bank's Opposition | 0.25 | $118.75 |
| 11/12/2025 | Emails with lender's counsel and client re rejection of offer. treatment of claim and status of Nov.'s payment | 0.50 | $237.50 |

Rose Ann Tamburri                                                                              Page        4

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/12/2025 | Court appearance via ZOOM on motion to extend the stay | 0.75 | $356.25 |
| | Email to client reporting granting of motion | 0.10 | $47.50 |
| 11/13/2025 | Review Order for retention and email re same | 0.20 | $95.00 |
| 11/14/2025 | Review entered Order extending stay and email re same | 0.20 | $95.00 |
| | Review filed POC | 0.10 | $47.50 |
| 11/17/2025 | Telephone conferences with client at PNC Bank and TD Bank re opening DIP account | 0.20 | $95.00 |
| 11/18/2025 | Email with DIP re upcoming 341a meeting | 0.20 | $95.00 |
| | Emails re UST's interview and preparation for examination | 0.20 | $95.00 |
| 11/19/2025 | Attendance (telephonically) at 341a meeting and UST's initial debtor interview | 1.50 | $712.50 |
| | Emails with DIP and UST re documents and info requested and sending tax returns | 0.25 | $118.75 |
| 11/20/2025 | Review materials for production to UST as requested | 0.25 | $118.75 |
| | Emails to UST sending bank statements and comment regarding homeowners policy | 0.20 | $95.00 |
| 11/24/2025 | Review filed POC | 0.20 | $95.00 |
| 12/1/2025 | Emails re TD Bank's policy for debit cards | 0.10 | $47.50 |
| 12/2/2025 | Emails re status of CPA's retention Order | 0.20 | $95.00 |

Rose Ann Tamburri                                                                              Page       5

|            |                                                              | Hrs/Rate | Amount |
|------------|--------------------------------------------------------------|----------|----------|
| 12/3/2025  | Review entered Order for CPA's retention and email re same   | 0.15     | $71.25   |
| 12/5/2025  | Emails with client and CPA re 2nd account and payment to tax preparer | 0.25 | $118.75 |
|            | Review draft MOR and email re same                           | 0.30     | $142.50  |
| 12/10/2025 | Review filed POC                                             | 0.20     | $95.00   |
| 12/11/2025 | Preparation and transmittal of Oct 2025 MOR including formatting for filing | 0.25 | $118.75 |
|            | Emails with CPA re completion of MORs                        | 0.20     | $95.00   |
|            | Preparation and transmittal of Amended MOR for Oct.2025      | 0.20     | $95.00   |
|            | Review draft MOR for Nov and email to CPA re same            | 0.20     | $95.00   |
| 12/12/2025 | Preparation and transmittal of formatted MOR for Nov, 2025  | 0.25     | $118.75  |
| 12/16/2025 | Telephone conference with chambers re submission of letter report and email to UST re same | 0.20 | $95.00 |
|            | Preparation and transmittal of status report letter          | 0.35     | $166.25  |
| 12/19/2025 | Review mortgagee's POC and NJ's POC                          | 0.35     | $166.25  |
|            | Emails to NJ's representative and DIP re issues on POC        | 0.20     | $95.00   |
| 12/22/2025 | Email from NJ rep re proofs needed to amend claim            | 0.20     | $95.00   |

Rose Ann Tamburri

Page 6

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 12/23/2025 | Preparation and transmittal of a Certification for reduction of NJ tax claim | 0.40 | $190.00 |
| 12/24/2025 | Review PNC claim with docs | 0.25 | $118.75 |
| 12/30/2025 | Email to NJ rep with DIP's Certification re no employees | 0.10 | $47.50 |
| 1/5/2026 | Review notice to file debtor education certification and email re same | 0.20 | $95.00 |
| 1/9/2026 | Review amended claim of NJ Div. of Taxation and email re same | 0.20 | $95.00 |
| | Review cert re debtor education course | 0.10 | $47.50 |
| | Preparation and transmittal of Certification re Financial Management Course | 0.25 | $118.75 |
| | Filing and service of DIP's Cert re debtor education course | 0.10 | $47.50 |
| 1/12/2026 | Email re 1099s needed for contractors | 0.10 | $47.50 |
| 1/17/2026 | Review draft MOR Dec, 2025 and exhibits | 0.25 | $118.75 |
| 1/19/2026 | Filing and service of Dec. MOR after several unsuccessful attempts to upload file | 0.50 | $237.50 |
| 1/21/2026 | Review IRS claim and email re same | 0.30 | $142.50 |
| 1/23/2026 | Research actions not stayed and taxes entitled to priority status against IRS schedule of liabilities | 0.75 | $356.25 |
| | Email to IRS re treatment of taxes listed as priority | 0.10 | $47.50 |

Rose Ann Tamburri                                                                                    Page        7

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/26/2026 | Review components of tax claims to measure secured and priority portions and recorded mortgages and liens to determine Plan treatment | 1.00 | $475.00 |
| 1/27/2026 | Emails to NJ rep to present preliminary Plan terms | 0.50 | $237.50 |
|  | Email to IRS rep to present preliminary Plan terms | 0.50 | $237.50 |
| 2/2/2026 | Emails with UST and chambers re status and submission of report | 0.25 | $118.75 |
| 2/3/2026 | Preparation and transmittal of status report | 0.25 | $118.75 |
| 2/14/2026 | Review draft MOR for Jan 2026 | 0.20 | $95.00 |
| 2/16/2026 | Emails to NJ and IRS reps for response to proposed treatment of claims | 0.20 | $95.00 |
| | For professional services rendered | 25.60 | $12,160.00 |

Additional Charges:

| | |
|---|---|
| Copying cost | $8.00 |
| Postage | $3.65 |
| Copying cost | $55.80 |
| Filing Fee | $1,738.00 |
| Postage | $24.18 |
| Retrieval and review of case information on PACER | $3.00 |
| Retrieval and review of case information on PACER | $0.70 |

Rose Ann Tamburri                                                                    Page        8

| | |
|---|---|
| Copying cost | $3.90 |
| Copying cost | $1.60 |
| Postage | $0.78 |
| Retrieval and review of case information on PACER | $0.40 |
| Total Additional Charges | $1,840.01 |
| | Amount |
| Total amount of this bill | $14,000.01 |
| Balance Due | $14,000.01 |