**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
525 Route 73 N, Ste 104
Marlton, NJ 08053
(856) 428-9696
iradeiches@deicheslaw.com
Attorneys for Debtor and Debtor-in-Possession

In Re:

ROSE ANN TAMBURRI,

        Debtor and Debtor-in-Possession.

Case No. 25-21049

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter 11

Hearing Date: March 19, 2026
                2:00 p.m.

## ORDER AWARDING INTERIM COMPENSATION TO ATTORNEY FOR DEBTOR AND DEBTOR-IN-POSSESSION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**

**(Page 2)**

| | |
|---|---|
| Debtors: | ROSE ANN TAMBURRI, |
| Case No.; | 25-21049 |
| Caption of Order: | **ORDER AWARDING INTERIM COMPENSATION TO ATTORNEY FOR DEBTOR AND DEBTOR-IN-POSSESSION** |

This matter being opened to the Court by Ira R. Deiches, Esquire, of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Rose Tamburri, Debtor and Debtor-in-Possession herein ("Debtor"), upon application by the terms of which said attorneys sought an Order of this Court awarding interim compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties; and upon cause shown;

Now, therefore, it is

**ORDERED** that the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Debtor herein, be and is hereby allowed interim compensation for services rendered in the sum of $_____, together with reimbursement of expenses in the sum of $_____, for a total allowance herein of $_____.