LAW OFFICES

# DEICHES & FERSCHMANN

A Professional Corporation

525 ROUTE 73 N, STE 104
MARLTON, NEW JERSEY 08053
856-428-9696

IRA R. DEICHES                                                                 iradeiches@deicheslaw.com

April 14, 2026

The Honorable Jerrold N. Poslusny, Jr.
Judge, United States Bankruptcy Court
**VIA  ECF**

Rose Ann Tamburri
chapter 11 case 25-21049-JNP

Dear Judge Poslusny:

As counsel for the Debtor and Debtor-in-Possession in the referenced case, I respectfully submit this written status report in lieu of an appearance on April 16, 2026, as previously scheduled.

Debtor has returned to work as a freelance court reporter following her recovery from joint replacement surgery, but has another surgery approaching, so Debtor's income will be again interrupted and depressed to lower levels than were historically realized.   Nevertheless, Debtor is hopeful for a long range revenue recovery sufficient to support a Plan of Reorganization.

Since the last status report, I made a careful review of creditors' claims, both filed and scheduled.  With one possible exception, I believe no claims litigation will be needed.  Debtor has approved my preliminary Plan model, providing payment in full of all claims entitled to priority as required, the maintenance of current payments to secured and lease creditors while proposing to pay a modest *pro rata* distribution on account of unsecured claims.

Debtor is current in the filing of her Monthly Operating Reports and payment of quarterly fees to the US Trustee.  I expect to be able to file Debtor's Plan and Disclosure Statement within 45 days and request a status/calendar control date be set accordingly.

Respectfully yours,

Ira R. Deiches
For the Firm

cc: Jeffrey M. Sponder, Esq.  via email and ECF