UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esq. (NJ ID #013941976)

DEICHES & FERSCHMANN
A Professional Corporation
525 Route 73 N, Ste 104
Marlton, NJ 08053
iradeiches@deicheslaw.com
(856)428-9696
Attorneys for Debtor and Debtor in Possession

In Re:

Rose Ann Tamburri,

      Debtor and Debtor in Possession

Case No:    25-21049-JNP

Chapter:    11

Judge: Hon. Jerrold N. Poslusny, Jr.

**STIPULATION BETWEEN DEBTOR AND UNITED STATES
DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE
MODIFYING FILED CLAIM #18 AND ALLOWING CLAIM AS MODIFIED**

THIS MATTER being opened to the Court by Ira R. Deiches, Esquire, a member of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Rose Ann Tamburri, Debtor and Debtor-in-Possession herein ("Debtor") jointly with United States Department of the Treasury Internal Revenue Service (the "United States"), United States Department of the Treasury Internal Revenue Service (the "United States"), appearing through Eric Suggs, Assistant U.S. Attorney, District of New Jersey, and the parties through counsel having reached agreement respecting the subject of this Stipulation, and it appearing that:

RECITALS

On October 17, 2025, Debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Court for the District of New Jersey, commencing case number 25-21049-JNP.

On January 20, 2026, the United States filed a Proof of Claim ("Claim 18) asserting a secured claim in the sum of $116,542.92 including a penalty of $22,336.68 (the "Penalty"), an unsecured priority claim in the sum of $250,356.41, and a general unsecured claim in the sum of $241,233.89.

Debtor has requested a voluntary reclassification of the Penalty to part of the United States's general unsecured claim in order to enhance the feasibility Debtor's Plan of Reorganization to be filed.

To resolve matters between Debtor and the United States relating to the classification of the Penalty reflected in Claim 18, without the necessity of Debtor having to file a motion to obtain the relief provided herein,      THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.  The secured portion of Claim 18 shall be modified from a secured claim in the sum of $116,542.92 to a secured claim in the sum of $94,206.24 with the Penalty to be added to the general unsecured portion of Claim 18, now in the sum of $263,570.57,  allowed as so modified for all purposes of this case, the increased general unsecured claim to be treated in a manner consistent with other similar claims under Debtor's Chapter 11 Plan.  The United States shall not oppose such treatment of its unsecured claim in the Plan.

2.  The adjusted secured portion and the priority portion of Claim 18 shall be paid in full together with lawful interest at the rate in effect at confirmation of Debtor's Plan, on terms allowable under the Bankruptcy Code.  The United States shall not oppose such treatment of its secured and priority claims in the Plan.

3.  Other than the relief provided above, nothing herein shall be deemed to constitute a "strip down" or "strip off" of the lien of the United States on the assets of the Debtor's estate.

4.  The United States agrees to support confirmation of Debtor's Chapter 11 Plan incorporating the foregoing terms.

We hereby consent to the form and entry of the above Stipulation.

DEICHES & FERSCHMANN
A Professional Corporation
Attorneys for Debtor and Debtor-in-Possession

Dated: May 16, 2026                        By: _____
                                                Ira R. Deiches, Esquire

ROBERT FRAZER
United States Attorney

Dated: May 14, 2026                        By: _____

                                                By: Eric Suggs
                                                Assistant U.S. Attorney

                                                Attorneys for the United States of America

- 2 -