Form 195 − ntchrgdsclstat

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−21049−JNP
Chapter:  11
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rose Ann Tamburri
   dba Rose Tamburri Court Reporter
   47 Michaelson Drive
   Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−7549

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

A Disclosure Statement was filed by Rose Ann Tamburri on June 2, 2026 , pursuant to Fed. R. Bankr. P. 3016.

The Court shall conduct a hearing as to the adequacy of such statement before Honorable Jerrold N. Poslusny Jr. on :

Date:              July 2, 2026
Time:                10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Ira Deiches
Deiches & Ferschmann
525 Route 73 N
Suite 104
Marlton, NJ 08053
856−428−9696

Dated: June 3, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-21049-JNP |
| Rose Ann Tamburri | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 03, 2026 | Form ID: 195 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rose Ann Tamburri, 47 Michaelson Drive, Mount Laurel, NJ 08054-1355 |
| aty | + | Deiches & Ferschmann, 525 Route 73 N., Ste 104, Marlton, NJ 08053-3422 |
| aty | + | Deiches & Ferschmann, A Professional Corporation, 525 Route 73 N, Ste 104, Marlton, NJ 08053-3422 |
| acc | + | Joseph B. Friedman, 414 Browning Lane, Cherry Hill, NJ 08003-3106 |
| cr | + | U.S. Bank National Association, as Trustee for Str, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520851755 | + | Amar A. Agrawal, Esq., Eisenberg, Gold & Agrawal, P.C., 1040 N. Kings Highway, Ste 200, Cherry Hill, NJ 08034-1925 |
| 520851758 | + | Attorney General of the US, US Dept of Justice, Ben Franklin Station PO Box 683, Washington, DC 20044-0683 |
| 520851763 | + | Eric S. Kershenblatt, Esquire, 48 S. New York Road Suite B-5, Galloway, NJ 08205-9676 |
| 520851765 | + | Internal Medicine Physicians, 509 S. Lenola Road, Bldg 3, Moorestown, NJ 08057-1561 |
| 520851767 | +++ | Kimberly A. Wilson, Esquire, Brock and Scott, 3825 Forrestgate Drive, Winston-Salem, NC 27103-2930 |
| 520851772 | + | Michael Tamburri, 27 W. Revere Place, Ocean City, NJ 08226-3415 |
| 520851774 | + | NJ Div Of Taxation-Bankruptcy Unit, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520851775 | + | NJ Division Of Taxation-Bankruptcy Unit, 50 Barrack Street, PO Box 245, Trenton, NJ 08695-0245 |
| 520851773 | | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex PO Box, Trenton, NJ 08625-0112 |
| 520851752 | + | United States Trustee, One Newark Center, 1085 Raymond Boulevard Suite 2100, Newark, NJ 07102-5218 |
| 520851782 | + | Virtua Health Systems, PO Box 822112, Ste 100, Philadelphia, PA 19182-2112 |
| 520851784 | +++ | Wells Fargo Card Service, PO BOX 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520877055 | + | Wells Fargo Home Equity Group, PO Box 2248, Jacksonville, FL 32203-2248 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 03 2026 20:52:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2026 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2026 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@fultonbank.com | Jun 03 2026 20:53:00 | Fulton Bank, N.A., 533 Fellowship Road, Suite 250, Mt. Laurel, NJ 08054-3411 |
| 520851756 | ^ | MEBN | Jun 03 2026 20:50:13 | Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 520851757 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 20:54:05 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520851771 | | Email/Text: notices@bkservicing.com | Jun 03 2026 20:52:00 | Mercedes-Benz Vehicle Trust, c/o BK Servicing, |

| | | | |
|---|---|---|---|
| | | | LLC, PO Box 131265, Roseville, MN 55113 |
| 520851759 | + Email/PDF: MarletteBKNotifications@resurgent.com | Jun 03 2026 20:54:02 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 520851760 | + Email/PDF: ebn_ais@aisinfo.com | Jun 03 2026 20:54:18 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520851761 | + Email/Text: bnc-quantum@quantum3group.com | Jun 03 2026 20:53:00 | Crown Asset Management LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520881509 | + Email/Text: bankruptcyreports@wakeassoc.com | Jun 03 2026 20:53:00 | EMERGENCY PHYS ASSOCIATES OF SOUTH JERSE, c/o Wakefield & Associates LLC,, PO Box 58, Fort Morgan CO 80701-0058 |
| 520851762 | + Email/Text: bankruptcyreports@wakeassoc.com | Jun 03 2026 20:53:00 | Emergency Phys. Assoc. of South Jersey, c/o Wakefield & Associates LLC,, PO Box 58, Fort Morgan, CO 80701-0058 |
| 520851764 | + Email/Text: bankruptcy@fultonbank.com | Jun 03 2026 20:53:00 | Fulton Bank Of NJ, 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |
| 520865983 | + Email/Text: bankruptcy@fultonbank.com | Jun 03 2026 20:53:00 | Fulton Bank, N.A., 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |
| 520851766 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 03 2026 20:53:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302 |
| 520851769 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 20:53:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520851768 | + Email/Text: Documentfiling@lciinc.com | Jun 03 2026 20:52:00 | LendingClub Bank, NA, P.O. Box 884268, Los Angeles, CA 90088-4268 |
| 520851770 | + Email/Text: bankruptcy@marinerfinance.com | Jun 03 2026 20:52:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520851778 | + Email/Text: BKEBN-Notifications@ocwen.com | Jun 03 2026 20:52:00 | PHH MORTGAGE CORPORATION, ATTN:BANKRUPTCY DEPARTMENT, PO BOX 24605, West Palm Beach, FL 33416-4605 |
| 520862436 | + Email/Text: ecfbnc@aldridgepite.com | Jun 03 2026 20:52:00 | PHH Mortgage Corporation, Todd S. Garan, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520928420 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2026 20:52:00 | PNC BANK, NATIONAL ASSOCIATION, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520851779 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2026 20:52:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 520851780 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2026 20:54:05 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520895492 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2026 20:54:05 | Portfolio Recovery Associates, LLC, c/o Onemain Financial Group, LLC, POB 41067, Norfolk VA 23541 |
| 520851776 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 03 2026 20:54:01 | Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |
| 520851777 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 03 2026 20:53:51 | Pay Pal Credit/SYNCB, PO Box 71718, Philadelphia, PA 19176-1718 |
| 520874048 | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2026 20:53:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520853824 | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2026 20:53:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520851753 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 03 2026 20:52:00 | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack St., 9th Floor PO Box 245, Trenton, NJ 08695-0267 |
| 520923724 | Email/Text: BKEBN-Notifications@ocwen.com | | |

District/off: 0312-1        User: admin        Page 3 of 4

Date Rcvd: Jun 03, 2026        Form ID: 195        Total Noticed: 52

| | | | |
|---|---|---|---|
| | | Jun 03 2026 20:52:00 | U.S. Bank National Association, C/O PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach FL 33416-4605 |
| 520851781 | + | Email/Text: usanj.njbankr@usdoj.gov | |
| | | Jun 03 2026 20:53:00 | United States Attorney, Peter Rodino Office Bldg, 970 Broad St. Ste 700, Newark, NJ 07102-2527 |
| 520851783 | | Email/Text: virtuapatientaccounting@virtua.org | |
| | | Jun 03 2026 20:53:00 | Virtua Health Systems, 2000 Crawford Place, Ste 100, Mount Laurel, NJ 08054 |
| 520887746 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | |
| | | Jun 03 2026 20:54:15 | Wells Fargo Bank, N.A., MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 520851785 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | |
| | | Jun 03 2026 20:53:53 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520851754 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520856206 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor Fulton Bank  N.A. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Ira Deiches | on behalf of Accountant Joseph B. Friedman iradeiches@deicheslaw.com  deichesir85617@notify.bestcase.com |
| Ira Deiches | on behalf of Debtor Rose Ann Tamburri iradeiches@deicheslaw.com  deichesir85617@notify.bestcase.com |
| Ira Deiches | on behalf of Attorney Deiches & Ferschmann  A Professional Corporation iradeiches@deicheslaw.com, deichesir85617@notify.bestcase.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Kimberly A. Wilson | on behalf of Creditor Wells Fargo Bank  N.A kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |

District/off: 0312-1        User: admin        Page 4 of 4

Date Rcvd: Jun 03, 2026        Form ID: 195        Total Noticed: 52

Matthew K. Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

Steven Eisenberg

on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Asset Securities Corporation, Mortgage
Pass-Through Certificates, Series 2006-BC6 bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Asset Securities Corporation, Mortgage
Pass-Through Certificates, Series 2006-BC6 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10