UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esquire
DEICHES & FERSCHMANN
A Professional Corporation
525 Route 73 N, Suite 104
Marlton, NJ 08053
(856)428-9696
iradeiches@deicheslaw.com
Attorneys for Debtor and Debtor-in-Possession

In Re:

ROSE ANN TAMBURRI

Case No.: ___25-21049___

Chapter: ___11___

Adv. No.: _____

Hearing Date: ___July 2, 2026___

Judge: ___JNP___

## CERTIFICATION OF SERVICE

1.  I, _____Ira R. Deiches_____ :

    ☒ represent _____the Debtor_____ in this matter ☐

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.      On ___June 4 and June 8, 2026___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

        Chapter 11 Disclosure Statement, proposed Plan of Reorganization, and Order and Notice on Disclosure Statement

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ___June 8, 2026___

s/ Ira R. Deiches
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☒ by email  on 06/04/26 as agreed<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Securities and Exchange Commission<br>450 5th Street, NW<br>Washington, DC 20549-0601 | SEC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rose Ann Tamburri<br>47 Michaelson Drive<br>Mt. Laurel, NJ 08054 | DIP and Plan Proponent | ☒ by email on 06/04/26 as agreed<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2