B-2100A (Form 2100A) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-21049** |
| **ROSE ANN TAMBURRI** | § | |
| **DEBTOR** | § | |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-BC6 C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing | U.S. Bank National Association C/O PHH Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
**PO Box 10826**
**Greenville, SC 29603-0826**

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx2822**

Court Claim # (if known): 15-1
Amount of Claim: $307,790.82
Date Claim Filed: 12/19/2025

Phone:
Last Four Digits of Acct.# xxxxxx**2822**

Name and Address where transferee payments should be sent (if different from above):

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
**PO Box 10826**
**Greenville, SC 29603-0826**

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx2822**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Craig A. Edelman
Transferee/Transferee's Agent

Date: 6/11/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before _June 17, 2026 via U.S Mail. All other parties in interest listedon the Notice of Electronic Filing have been served electronically.

**Debtor** ***Via U.S. Mail***
Rose Ann Tamburri
47 Michaelson Dr
Mount Laurel, NJ 08054-1355

Respectfully Submitted,

/s/ Craig A. Edelman
Craig A. Edelman