**WILLIAM E. CRAIG, ESQUIRE**
**EISENBERG, GOLD & AGRAWAL, P.C.**
**1040 North Kings Highway, Suite 200**
**Cherry Hill, New Jersey 08034**
**(856) 330-6200**
**Attorneys for Secured Creditor**
**File No. FL-1097-A**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : Chapter 11 |
| | : Case No. 25-21049 |
| ROSE ANN TAMBURRI | : |
| | : **OBJECTION TO CONFIRMATION** |
| Debtor. | |

The undersigned, Eisenberg, Gold & Agrawal, P.C., attorneys for the Secured Creditor, Fulton Bank, N.A. (hereinafter "Secured Creditor" "Fulton"), hereby objects to confirmation of Debtor's Chapter 11 Plan and Disclosure Statement on the following grounds:

1.      Fulton holds a claim secured by the Debtor's interest in certain property collateralized through a Note and Docketed Judgment.

2.      The balance due to Fulton on the Debtor's filing date, October 15, 2025, was $25,056.30. See, Fulton Proof of Claim (Claim No. 9.)

3.      Debtor's Plan provides for Fulton as an unsecured creditor of the Debtor.

4.      Fulton is a Secured Creditor by virtue of the fact that Fulton did levy on assets of the Debtor prior to the bankruptcy filing.

5.      For these reasons, Debtor's Plan is not feasible as proposed and proposes an impermissible modification of Fulton's Claim and a violation of 11 U.S.C. §§1322 and 1325.

6.      As such, Debtor's Plan cannot be confirmed as proposed.

**WHEREFORE**, Fulton Bank, N.A. respectfully requests this Court to deny the confirmation of Debtor's currently proposed Plan.

**EISENBERG, GOLD & AGRAWAL, P.C.**

Attorneys for Secured Creditor Fulton Bank, N.A.

*/s/ William E. Craig*
WILLIAM E. CRAIG, ESQUIRE