**Supplement to Disclosure Statement
dated June 2, 2026 of Rose A. Tamburri,
Debtor in case 25-21049-JNP**

The attached sheet represents a Supplement to the Disclosure Statement of Rose Ann Tamburri ("Debtor") filed June 2, 2026 and projects  Debtor's income and expenses through the periods during which disbursements are to be made under the Debtor's proposed Plan of Reorganization filed June 2, 2026.

This is intended to supplement and, where inconsistent, replace the projection of Debtor's cash position as of the projected Effective Date of Debtor's Plan of Reorganization and the following years and is based on the following assumptions:

1.  An annual inflation rate of 6%;

2.  Projected revenue generated on a model of 155 billable days/year at the rate of $2500/day (Debtor suffered financial setbacks during the year this case has been pending due to two required surgeries and recovery periods that prevented Debtor from performing her  in-person court reporter assignments that historically generated between $2000 to $3000/day. During this case, Debtor largely had to perform her services remotely, with such assignments  generating gross income averaging $1000 to $1500/day.)

3.  Maintenance and curbing of Debtor's business and personal expenses resulting in the net cash flows reflected on the attached sheet.

ROSE TAMBURRI
PROPOSED PLAN

ASSUMPTION -      6% INFLATION RATE
155 BILLABLE DAYS @ $2500

|  | YEAR # 1 | YEAR # 2 | YEAR # 3 | YEAR # 4 | YEAR # 5 | YEAR # 6 | YEAR # 7 | YEAR # 8 | YEAR # 9 | YEAR # 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| BUSINESS INCOME | $387,500 | $410,750 | $435,395 | $461,519 | $489,210 | $518,562 | $549,676 | $582,657 | $617,616 | $654,673 |
| BUSINESS EXPENSES | $75,000 | $79,500 | $84,270 | $89,326 | $94,686 | $100,367 | $106,389 | $112,772 | $119,539 | $126,711 |
|  | $312,500 | $331,250 | $351,125 | $372,193 | $394,524 | $418,195 | $443,287 | $469,884 | $498,078 | $527,962 |
|  |  |  |  |  |  |  |  |  |  |  |
| LIVING EXPENSES | $60,000 | $63,600 | $67,416 | $71,461 | $75,749 | $80,294 | $85,111 | $90,218 | $95,631 | $101,369 |
| OTHER EXPENSES | $30,000 | $31,800 | $33,708 | $35,730 | $37,874 | $40,147 | $42,556 | $45,109 | $47,815 | $50,684 |
| FEDERAL TAX | $92,492 | $98,042 | $103,924 | $110,159 | $116,769 | $123,775 | $131,202 | $139,074 | $147,418 | $156,263 |
| STATE TAX | $16,484 | $17,473 | $18,521 | $19,633 | $20,811 | $22,059 | $23,383 | $24,786 | $26,273 | $27,849 |
|  |  |  |  |  |  |  |  |  |  |  |
| ADMIN EXP & FEES | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 |  |  |  |  |  |
| PRIORITY CLAIMS | $60,014 | $60,014 | $60,014 | $60,014 | $60,014 |  |  |  |  |  |
| SECURED CLAIMS | $33,165 | $33,165 | $33,165 | $33,165 | $33,165 | $33,165 | $33,165 | $33,165 | $33,165 | $33,165 |
| UNSECURED CLAIMS |  |  |  |  |  | $14,219 |  |  |  |  |
| GRAND TOTAL | $296,155 | $308,094 | $320,748 | $334,163 | $348,382 | $313,659 | $315,416 | $332,351 | $350,302 | $369,331 |
|  |  |  |  |  |  |  |  |  |  |  |
| NET | $16,345 | $23,156 | $30,377 | $38,030 | $46,142 | $104,537 | $127,871 | $137,533 | $147,775 | $158,632 |