UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esquire
DEICHES & FERSCHMANN
A Professional Corporation
525 Route 73 N, Ste 104
Marlton, NJ 08053
(856)428-9696
Attorneys for Debtor and Debtor-in-Possession

In Re:

ROSE ANN TAMBURRI,
    Debtor and Debtor in Possession

Case No.: _____25-21049_____

Adv. Pro. No.: _____

Chapter: _____11_____

Subchapter V:   ❏ Yes  ☒ No

Hearing Date: ___July 2, 2026___

Judge: _____JNP_____

## ADJOURNMENT REQUEST

1.  I, _____Ira R. Deiches_____,

    ☒  am the attorney for: _____Rose Tamburri, Debtor and Debtor in Possession_____,

    ❏  am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: ___Hearing on adequacy of Debtor's Disclosure Statement filed June 2, 2026___

    Current hearing date and time: ___July 2, 2026 at 10:00am___

    New date requested: ___August 6, 2026 at 10:00am___

    Reason for adjournment request: ___Two Objections were filed.  The parties are in discussions___

    ___likely to be favorable for consensual resolution of both Objections and time is needed.___

2.  Consent to adjournment:

    ☒  I have the consent of all parties.   ❏  I do not have the consent of all parties (explain below):

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: ___June 29, 2026_____          s/ Ira R. Deiches
                                        _____
                                        Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒ Granted          New hearing date: ___8/6/2026 at 10:00am_____          ☒ Peremptory

❑ Granted over objection(s)  New hearing date: _____          ❑ Peremptory

❑ Denied

> **IMPORTANT: If your request is granted, you must notify interested parties**
>
> **who are not electronic filers of the new hearing date.**

*rev.10/2021*

2