Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−21049−JNP
Chapter:  11
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rose Ann Tamburri
   dba Rose Tamburri Court Reporter
   47 Michaelson Drive
   Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−7549

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

        NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        7/16/26
Time:        02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

        The following applications for compensation have been filed:

APPLICANT(S)
Joseph B. Friedman, Accountant, period: 3/19/2026 to 6/15/2026

COMMISSION OR FEES
$5687.50

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

        ☐        will not reduce the amount to be paid to general unsecured
                creditors under the plan.

        ☐        will reduce the amount to be paid to general unsecured
                creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

        An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 8, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 25-21049-JNP |
|---|---|
| Rose Ann Tamburri | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 08, 2026 | Form ID: 137 | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rose Ann Tamburri, 47 Michaelson Drive, Mount Laurel, NJ 08054-1355 |
| aty | + | Deiches & Ferschmann, 525 Route 73 N., Ste 104, Marlton, NJ 08053-3422 |
| aty | + | Deiches & Ferschmann, A Professional Corporation, 525 Route 73 N, Ste 104, Marlton, NJ 08053-3422 |
| acc | + | Joseph B. Friedman, 414 Browning Lane, Cherry Hill, NJ 08003-3106 |
| cr | + | U.S. Bank National Association, as Trustee for Str, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520851755 | + | Amar A. Agrawal, Esq., Eisenberg, Gold & Agrawal, P.C., 1040 N. Kings Highway, Ste 200, Cherry Hill, NJ 08034-1925 |
| 520851758 | + | Attorney General of the US, US Dept of Justice, Ben Franklin Station PO Box 683, Washington, DC 20044-0683 |
| 520851763 | + | Eric S. Kershenblatt, Esquire, 48 S. New York Road Suite B-5, Galloway, NJ 08205-9676 |
| 520851765 | + | Internal Medicine Physicians, 509 S. Lenola Road, Bldg 3, Moorestown, NJ 08057-1561 |
| 520851767 | +++ | Kimberly A. Wilson, Esquire, Brock and Scott, 3825 Forrestgate Drive, Winston-Salem, NC 27103-2930 |
| 520851772 | + | Michael Tamburri, 27 W. Revere Place, Ocean City, NJ 08226-3415 |
| 520851774 | + | NJ Div Of Taxation-Bankruptcy Unit, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695-0245 |
| 520851775 | + | NJ Division Of Taxation-Bankruptcy Unit, 50 Barrack Street, PO Box 245, Trenton, NJ 08695-0245 |
| 520851773 | | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex PO Box, Trenton, NJ 08625-0112 |
| 520851752 | + | United States Trustee, One Newark Center, 1085 Raymond Boulevard Suite 2100, Newark, NJ 07102-5218 |
| 520851782 | + | Virtua Health Systems, PO Box 822112, Ste 100, Philadelphia, PA 19182-2112 |
| 520851784 | +++ | Wells Fargo Card Service, PO BOX 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520877055 | + | Wells Fargo Home Equity Group, PO Box 2248, Jacksonville, FL 32203-2248 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 08 2026 21:20:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2026 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 08 2026 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@fultonbank.com | Jul 08 2026 21:21:00 | Fulton Bank, N.A., 533 Fellowship Road, Suite 250, Mt. Laurel, NJ 08054-3411 |
| 520851756 | ^ | MEBN | Jul 08 2026 21:21:21 | Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 520851757 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2026 21:26:11 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520851771 | | Email/Text: notices@bkservicing.com | Jul 08 2026 21:20:00 | Mercedes-Benz Vehicle Trust, c/o BK Servicing, |

| | | | | |
|---|---|---|---|---|
| | | | | LLC, PO Box 131265, Roseville, MN 55113 |
| 520851759 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 08 2026 21:26:08 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 520851760 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 08 2026 21:26:12 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520851761 | + | Email/Text: bnc-quantum@quantum3group.com | Jul 08 2026 21:21:00 | Crown Asset Management LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520881509 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jul 08 2026 21:21:00 | EMERGENCY PHYS ASSOCIATES OF SOUTH JERSE, c/o Wakefield & Associates LLC,, PO Box 58, Fort Morgan CO 80701-0058 |
| 520851762 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jul 08 2026 21:21:00 | Emergency Phys. Assoc. of South Jersey, c/o Wakefield & Associates LLC,, PO Box 58, Fort Morgan, CO 80701-0058 |
| 520851764 | + | Email/Text: bankruptcy@fultonbank.com | Jul 08 2026 21:21:00 | Fulton Bank Of NJ, 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |
| 520865983 | + | Email/Text: bankruptcy@fultonbank.com | Jul 08 2026 21:21:00 | Fulton Bank, N.A., 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |
| 520851766 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 08 2026 21:21:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302 |
| 520851769 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2026 21:26:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520851768 | + | Email/Text: Documentfiling@lciinc.com | Jul 08 2026 21:20:00 | LendingClub Bank, NA, P.O. Box 884268, Los Angeles, CA 90088-4268 |
| 520851770 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 08 2026 21:20:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 521255067 | | Email/Text: mtgbk@shellpointmtg.com | Jul 08 2026 21:20:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 521255068 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 08 2026 21:20:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520851778 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 08 2026 21:20:00 | PHH MORTGAGE CORPORATION, ATTN:BANKRUPTCY DEPARTMENT, PO BOX 24605, West Palm Beach, FL 33416-4605 |
| 520862436 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 08 2026 21:20:00 | PHH Mortgage Corporation, Todd S. Garan, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520928420 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 08 2026 21:20:00 | PNC BANK, NATIONAL ASSOCIATION, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520851779 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 08 2026 21:20:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 520851780 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2026 21:26:26 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520895492 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2026 21:26:18 | Portfolio Recovery Associates, LLC, c/o Onemain Financial Group, LLC, POB 41067, Norfolk VA 23541 |
| 520851776 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 08 2026 21:26:07 | Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |
| 520851777 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 08 2026 21:26:16 | Pay Pal Credit/SYNCB, PO Box 71718, Philadelphia, PA 19176-1718 |
| 520874048 | | Email/Text: bnc-quantum@quantum3group.com | Jul 08 2026 21:21:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0312-1    User: admin    Page 3 of 4
Date Rcvd: Jul 08, 2026    Form ID: 137    Total Noticed: 54

| | | | |
|---|---|---|---|
| 520853824 | Email/Text: bnc-quantum@quantum3group.com | Jul 08 2026 21:21:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520851753 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 08 2026 21:20:00 | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack St., 9th Floor PO Box 245, Trenton, NJ 08695-0267 |
| 520923724 | Email/Text: BKEBN-Notifications@ocwen.com | Jul 08 2026 21:20:00 | U.S. Bank National Association, C/O PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach FL 33416-4605 |
| 520851781 | + Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2026 21:21:00 | United States Attorney, Peter Rodino Office Bldg, 970 Broad St. Ste 700, Newark, NJ 07102-2527 |
| 520851783 | Email/Text: virtuapatientaccounting@virtua.org | Jul 08 2026 21:20:00 | Virtua Health Systems, 2000 Crawford Place, Ste 100, Mount Laurel, NJ 08054 |
| 520887746 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 08 2026 21:26:16 | Wells Fargo Bank, N.A., MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 520851785 | + Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 08 2026 21:26:08 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520851754 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520856206 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor Fulton Bank  N.A. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Ira Deiches | on behalf of Debtor Rose Ann Tamburri iradeiches@deicheslaw.com  deichesir85617@notify.bestcase.com |
| Ira Deiches | on behalf of Attorney Deiches & Ferschmann  A Professional Corporation iradeiches@deicheslaw.com, deichesir85617@notify.bestcase.com |

District/off: 0312-1                         User: admin                                          Page 4 of 4
Date Rcvd: Jul 08, 2026                      Form ID: 137                                     Total Noticed: 54

Ira Deiches
                    on behalf of Accountant Joseph B. Friedman iradeiches@deicheslaw.com  deichesir85617@notify.bestcase.com

Jeffrey M. Sponder
                    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Kimberly A. Wilson
                    on behalf of Creditor Wells Fargo Bank  N.A kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Matthew K. Fissel
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
                    matthew.fissel@brockandscott.com

Steven Eisenberg
                    on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Asset Securities Corporation, Mortgage
                    Pass-Through Certificates, Series 2006-BC6 bkecf@sterneisenberg.com,
                    jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
                    on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Asset Securities Corporation, Mortgage
                    Pass-Through Certificates, Series 2006-BC6 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10