**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
525 Route 73 N, Ste 104
Marlton, NJ 08053
(856) 428-9696
iradeiches@deicheslaw.com
Attorneys for Debtor and Debtor-in-Possession

In Re:

ROSE ANN TAMBURRI,

       Debtor and Debtor-in-Possession.
.

Order Filed on July 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 25-21049

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter 11

Hearing Date: July 16, 2026
                    2:00 p.m.

**ORDER AWARDING INTERIM COMPENSATION TO
ATTORNEY FOR DEBTORS AND DEBTORS-IN-POSSESSION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: July 16, 2026**

                         Honorable Jerrold N. Poslusny, Jr.
                         United States Bankruptcy Court

**(Page 2)**

Debtors:          ROSE ANN TAMBURRI,

Case No.;         25-21049

Caption of Order:  **ORDER AWARDING INTERIM COMPENSATION TO ATTORNEY
FOR DEBTOR AND DEBTOR-IN-POSSESSION**

_____

This matter being opened to the Court by Ira R. Deiches, Esquire, of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Rose Tamburri, Debtor and Debtor-in-Possession herein ("Debtor"), upon application by the terms of which said attorneys sought an Order of this Court awarding interim compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties; and upon cause shown;

Now, therefore, it is

**ORDERED** that the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Debtor herein, be and is hereby allowed interim compensation for services rendered in the sum of $__12,587.50___, together with reimbursement of expenses in the sum of $____10.92____, for a total allowance herein of $_____.