**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Ira R. Deiches, Esquire (NJ ID #013941976)
DEICHES & FERSCHMANN
525 Route 73 N, Ste 104
Marlton, NJ 08053
(856) 428-9696
iradeiches@deicheslaw.com
Attorneys for Debtor and Debtor-in-Possession

--------------------------------------------------------------

In Re:

ROSE ANN TAMBURRI,

          Debtor and Debtor-in-Possession.

Order Filed on July 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 25-21049

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter 11

Hearing Date: July 16, 2026
                2:00 p.m.

**ORDER AWARDING INTERIM COMPENSATION TO**
**ACCOUNTANT FOR DEBTOR AND DEBTOR-IN-POSSESSION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: July 16, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors:          ROSE ANN TAMBURRI,

Case No.;         25-21049-JNP

Caption of Order:   **ORDER AWARDING INTERIM COMPENSATION TO
ACCOUNTANT FOR DEBTOR AND DEBTOR-IN-POSSESSION**

---

This matter being opened to the Court by Joseph B. Friedman, CPA, accountant for Rose Ann Tamburri, Debtor and Debtor-in-Possession herein ("Debtor"), upon application by the terms of which said accountant sought an Order of this Court awarding interim compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties; and upon cause shown;

Now, therefore, it is

**ORDERED** that Joseph B. Friedman, CPA, accountant for Debtor herein, be and is hereby allowed interim compensation for services rendered in the sum of $ 5687.50 .