**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Ira R. Deiches, Esquire (NJ ID #013941976)
DEICHES & FERSCHMANN
525 Route 73 N, Ste 104
Marlton, NJ 08053
(856) 428-9696
iradeiches@deicheslaw.com
Attorneys for Debtor and Debtor-in-Possession

-----------------------------------------------------------

In Re:

ROSE ANN TAMBURRI,

               Debtor and Debtor-in-Possession.

Order Filed on July 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 25-21049

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter 11

Hearing Date: July 16, 2026
                    2:00 p.m.

## ORDER AWARDING INTERIM COMPENSATION TO
## ACCOUNTANT FOR DEBTOR AND DEBTOR-IN-POSSESSION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: July 16, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors:           ROSE ANN TAMBURRI,

Case No.;          25-21049-JNP

Caption of Order:  **ORDER AWARDING INTERIM COMPENSATION TO
ACCOUNTANT FOR DEBTOR AND DEBTOR-IN-POSSESSION**

---

This matter being opened to the Court by Joseph B. Friedman, CPA, accountant for Rose Ann Tamburri, Debtor and Debtor-in-Possession herein ("Debtor"), upon application by the terms of which said accountant sought an Order of this Court awarding interim compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties; and upon cause shown;

Now, therefore, it is

**ORDERED** that Joseph B. Friedman, CPA, accountant for Debtor herein, be and is hereby allowed interim compensation for services rendered in the sum of $__5687.50____.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-21049-JNP

Rose Ann Tamburri                                                                Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rose Ann Tamburri, 47 Michaelson Drive, Mount Laurel, NJ 08054-1355 |
| aty | + Deiches & Ferschmann, 525 Route 73 N., Ste 104, Marlton, NJ 08053-3422 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amar Anand Agrawal | on behalf of Creditor Fulton Bank  N.A. aagrawal@egalawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Elizabeth K. Holdren | on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-BC6 eholdren@hillwallack.com, hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Ira Deiches | on behalf of Debtor Rose Ann Tamburri iradeiches@deicheslaw.com  deichesir85617@notify.bestcase.com |
| Ira Deiches | on behalf of Accountant Joseph B. Friedman iradeiches@deicheslaw.com  deichesir85617@notify.bestcase.com |
| Ira Deiches | on behalf of Attorney Deiches & Ferschmann  A Professional Corporation iradeiches@deicheslaw.com, deichesir85617@notify.bestcase.com |

District/off: 0312-1                    User: admin                              Page 2 of 2

Date Rcvd: Jul 16, 2026                 Form ID: pdf903                          Total Noticed: 2

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Kimberly A. Wilson
on behalf of Creditor Wells Fargo Bank  N.A kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Matthew K. Fissel
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

Steven Eisenberg
on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Asset Securities Corporation, Mortgage
Pass-Through Certificates, Series 2006-BC6 bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Asset Securities Corporation, Mortgage
Pass-Through Certificates, Series 2006-BC6 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
on behalf of Creditor Fulton Bank  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 12