UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esq. (NJ ID #013941976)
DEICHES & FERSCHMANN
A Professional Corporation
525 Route 73 N, Ste 104
Marlton, NJ 08053
iradeiches@deicheslaw.com
(856)428-9696
Attorneys for Debtor and DIP

In re:

ROSE ANN TAMBURRI,
Debtor and Debtor in Possession

Case No. 25-21049

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter 11

Hearing date: August 6, 2026

**STIPULATION BETWEEN DEBTOR and FULTON BANK, NA RESPECTING FULTON BANK'S CLAIM AND RESOLVING OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT FILED JUNE 2, 2026**

This matter being opened to the Court by Ira R. Deiches, Esquire, a member of the firm of Deiches & Ferschmann, A Professional Corporation, Attorneys for ROSE ANN TAMBURRI, Debtor and Debtor-in-Possession herein ("Debtor") with the consent of FULTON BANK, NA (the "Bank"), appearing through William E. Craig, Esquire of the firm of Eisenberg, Gold & Agrawal, P.C., and the Bank having filed an Objection (the "Objection") to Debtor's Disclosure Statement filed June 2, 2026, raising, among other things, Debtor's proposed classification and treatment of the Bank's claim filed herein as claim no. #9 ("Claim 9"), and the parties, through counsel, having conferred and reached agreement to enable them to enter into this Stipulation,, it is hereby

**STIPULATED AND AGREED** that:

1. Claim 9 shall be bifurcated and modified from a secured claim in the sum of $25,056.30, to a secured claim in the sum of $12,000.00 and an unsecured claim in the sum of $13,056.30.
2. Claim 9 shall be allowed as so modified for all purposes of this case.
3. Debtor recognizes her liability for the balance due under the Bank's judgment (the "Debt") and shall provide for treatment of the Bank's secured claim in a separate class in her Plan of Reorganization ("Plan"), and shall provide for treatment of the Bank's unsecured claim in the manner consistent with other similar claims under the Plan;
4. Debtor's liability for the Debt shall survive confirmation of the Plan, subject to being discharged upon entry of a Discharge Order obtained by Debtor upon Debtor's completion of her obligations to be performed under the Plan.
5. The Plan shall be modified with respect to the Bank's claims pursuant to the terms of this Stipulation.
6. In consideration of the terms and entry of this Stipulation, the Bank's Objection to Debtor's Disclosure Statement is hereby withdrawn and the Bank agrees to support confirmation of any Plan incorporating terms consistent with the foregoing.

We hereby consent to the entry of the within Stipulation.

DEICHES & FERSCHMANN
A Professional Corporation
Attorneys for Debtor and Debtor-in-Possession

By:
Ira R. Deiches, Esquire
Dated: August 14 2026

EISENBERG, GOLD & AGRAWAL, P.C.
Attorneys for FULTON BANK, NA

By:
William E. Craig, Esquire
Dated: August , 2026