UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esq. (NJ ID #013941976)
DEICHES & FERSCHMANN
A Professional Corporation
525 Route 73 N, Ste 104
Marlton, NJ 08053
iradeiches@deicheslaw.com
(856)428-9696
Attorneys for Debtor and DIP

In re:

ROSE ANN TAMBURRI,
Debtor and Debtor in Possession

Case No. 25-21049

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter 11

Hearing date: August 6, 2026

**STIPULATION AMONG DEBTOR, MICHAEL TAMBURRI AND NEWREZ LLC AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC6 RESPECTING PROPERTY COMMONLY KNOWN AS 27 WEST REVERE PLACE, OCEAN CITY, NEW JERSEY AND RESOLVING OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT FILED JUNE 2, 2026**

This matter being opened to the Court by Ira R.Deiches, Esquire, a member of the firm of Deiches & Ferschmann, A Professional Corporation, Proposed Attorneys for ROSE ANN TAMBURRI, Debtor and Debtor-in-Possession herein ("Debtor") with the consent of NEWREZ LLC as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC6 ("US Bank"), appearing through Elizbeth K. Holdren, Esquire of the firm of Hill Wallack LLP, and US BANK having filed an Objection (the "Objection") to Debtor's Disclosure Statement filed June 2, 2026, raising, among other things, the treatment of US Bank's interest in the property commonly known as 27 West Revere Place, Ocean City, New Jersey (the "Property") now owned by MICHAEL TAMBURRI, who joins in this Stipulation as a party-in-interest, and the parties having presented documents to enable them to enter into this Stipulation,, it is hereby

**STIPULATED AND AGREED** that:

1. US Bank is the current holder and owner of a first consensual lien upon the Property, by virtue of that certain mortgage dated July31, 2006 and recorded August 17, 2006 in the Office of the Clerk, Cape May County, NJ in Book 4422 of Mortgages at page 573 (the " Mortgage") and assigned to US Bank by Assignment dated June 13, 2025 and recorded in said Office on June 24, 2025 in book 372 of Assignments at page 796, securing an indebtedness in the original amount of $814,000.00 (the "Debt");

2. Michael is the current sole owner of the Property, by virtue of Debtor having transferred her interest in the Property to Michael by Deed dated May 14, 2014, recorded in said Office on September 30, 2014 in Book 3598 of Deeds at page 379, under the terms of those parties' Property Settlement Agreement incident to their divorce;

3. Michael shall continue to make current payments when due according to the terms of the Note and Mortgage reflecting the Debt and shall keep the Property insured as required;

4. Debtor recognizes her liability for the Debt under the Note given with the Mortgage and shall provide for treatment of US Bank's claim along with other such unsecured claims of its class in her Plan of Reorganization ("Plan");

5. The commitments of Michael hereunder in respect of the Mortgage and the Property shall survive confirmation of the Plan and in that regard, the parties agree that the subject loan documents remain in full force and effect and are not affected by this Stipulation and the Plan except as herein expressly provided;

6. Debtor's liability for the Debt shall survive confirmation of the Plan, subject to being discharged upon entry of a Discharge Order obtained by Debtor upon Debtor's completion of her obligations to be performed under the Plan.

7. The Plan shall be modified with respect to US Bank's claim and its lien on the Property pursuant to the terms of this Stipulation.

8. In consideration of the terms and entry of this Stipulation, US Bank's Objection to Debtor's Disclosure Statement is hereby withdrawn and US Bank agrees to support confirmation of any Plan incorporating terms consistent with the foregoing..

We hereby consent to the entry of the within Stipulation.

DEICHES & FERSCHMANN
A Professional Corporation
Attorneys for Debtor and Debtor-in-Possession

By:____________________
Ira R. Deiches, Esquire
Dated: August 18 2026

HILL WALLACK LLPSTERN & EISENBERG
Attorneys for NEWREZ LLP as servicer for U.S. Bank National Association

By:____________________
Elizabeth K. Holdren, Esquire
Dated: August 18, 2026

*s/Michael Tamburri*
Michael Tamburri Dated:
August 20, 2026