UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 2, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: Rose Ann Tamburri | |
| Case No.: | 25-21049 |
| Hearing Date: | 9/17/2026 |
| Judge: | Poslusny |
| Chapter: | 11 |

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 2, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by Ira Deiches, Esq on 6/2/2026 referring to a plan under Chapter 11 of the Code; and

It having been determined after hearing on notice, that the disclosure statement contains adequate information, it is

ORDERED and notice is hereby given, that:

A. The disclosure statement, dated 6/2/2026 is approved.

B. Within 14 days after entry of this order, copies of this order, the approved disclosure statement and the plan, together with a ballot conforming to Official Form 14, shall be mailed by the plan proponent to all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d).

C. Written acceptances, rejections or objections to the plan referred to above shall be filed with the attorney for the plan proponent not less than seven (7) days before the hearing on confirmation of the plan.

D. September 17, 2026 at 10:00am is fixed as the date and time for the hearing on confirmation of the plan.

*rev.12/1/09*