| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ira R. Deiches, Esquire<br>DEICHES & FERSCHMANN<br>A Professional Corporation<br>525 Route 73 N, Ste 104<br>Marlton, NJ 08053<br>(856)428-9696<br>Attorneys for Debtor and Debtor-in-Possession | Case No.: 25-21049<br><br>Chapter: 11 |
| In Re:<br><br>ROSE ANN TAMBURRI,<br>Debtor and Debtor in Possession | Adv. No.: Click or tap here to enter text.<br><br>Hearing Date: October 15, 2026<br><br>Judge: JNP |

## CERTIFICATION OF SERVICE

1. I, Ira R. Deiches:

☒ represent Debtor and DIP in this matter.

☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

☐ am the Click or tap here to enter text.in this case and am representing myself.

2. On September 10, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Order entered Sept. 2, 2026 approving Debtor's Disclosure Statement as supplemented, First Modifed Plan of Reorganization, cover letter and, where applicable ballot.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 11,

s/ Ira R. Deiches
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard Suite 2100<br>Newark, NJ 07102 | UST | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Division of Taxation<br>Compliance &<br>Enforcement-Bankruptcy Unit<br>50 Barrack St., 9th Floor<br>PO Box 245<br>Trenton, NJ 08695-0267 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rose A. Tamburri<br>47 Michaelson Drive<br>Mt. Laurel, NJ 08054 | debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amar A. Agrawal, Esq.<br>Attorney for Fulton Bank, NA<br>Eisenberg, Gold & Agrawal, P.C. 1040<br>N. Kings Highway, Ste 200 Cherry<br>Hill, NJ 08034 | creditor's attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Apex Asset Management<br>PO Box 5407<br>Lancaster, PA 17606 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ashley Funding Services, LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Best Egg<br>PO Box 42912<br>Philadelphia, PA 19101 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Crown Asset Management LLC<br>c/o Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard Suite 2100<br>Newark, NJ 07102 | UST | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Division of Taxation<br>Compliance &<br>Enforcement-Bankruptcy Unit<br>50 Barrack St., 9th Floor<br>PO Box 245<br>Trenton, NJ 08695-0267 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rose A. Tamburri<br>47 Michaelson Drive<br>Mt. Laurel, NJ 08054 | debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amar A. Agrawal, Esq.<br>Attorney for Fulton Bank, NA<br>Eisenberg, Gold & Agrawal, P.C. 1040<br>N. Kings Highway, Ste 200 Cherry<br>Hill, NJ 08034 | creditor's attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Apex Asset Management<br>PO Box 5407<br>Lancaster, PA 17606 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ashley Funding Services, LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Best Egg<br>PO Box 42912<br>Philadelphia, PA 19101 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Crown Asset Management LLC<br>c/o Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard Suite 2100<br>Newark, NJ 07102 | UST | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Division of Taxation<br>Compliance &<br>Enforcement-Bankruptcy Unit<br>50 Barrack St., 9th Floor<br>PO Box 245<br>Trenton, NJ 08695-0267 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rose A. Tamburri<br>47 Michaelson Drive<br>Mt. Laurel, NJ 08054 | debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amar A. Agrawal, Esq.<br>Attorney for Fulton Bank, NA<br>Eisenberg, Gold & Agrawal, P.C. 1040<br>N. Kings Highway, Ste 200 Cherry<br>Hill, NJ 08034 | creditor's attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Apex Asset Management<br>PO Box 5407<br>Lancaster, PA 17606 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ashley Funding Services, LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Best Egg<br>PO Box 42912<br>Philadelphia, PA 19101 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Crown Asset Management LLC<br>c/o Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*