UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esq. (NJ ID #013941976)
DEICHES & FERSCHMANN
A Professional Corporation
525 Route 73 N, Ste 104
Marlton, NJ 08053
iradeiches@deicheslaw.com
(856)428-9696
Attorneys for Debtor and DIP

In Re:

ROSE ANN TAMBURRI,
Debtor and Debtor in Possession

Case No.: 25-21049

Adv. Pro. No.: ____________

Chapter: 11

Subchapter V: ❑ Yes ❑ No

Hearing Date: Oct. 15, 2026

Judge: JNP

**ADJOURNMENT REQUEST**

1. I, Ira R. Deiches,

❑ am the attorney for: Rose A. Tamburri, Debtor and Debtor in Possession herein,

❑ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: hearing on confirmation of Debtor's Plan of Reorganization

Current hearing date and time: October 15, 2026 at 10:00am

New date requested: November 5, 2026

Reason for adjournment request: I am away on family matters and have no way to receive ballots and to prepare a Report of Plan balloting in time for the currently scheduled hearing.

2. Consent to adjournment:

❑ I have the consent of all parties. ❑ I do not have the consent of all parties (explain below):

I obtained the consent of Jeffrey Sponder on behalf of the United States Trustee.

I certify under penalty of perjury that the foregoing is true.

Date: October 5, 2026 s/ Ira R. Deiches
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: 11/5/2026 at 10:00am ☐ Peremptory

☐ Granted over objection(s) New hearing date: ________________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*