UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esquire
DEICHES & FERSCHMANN
A Professional Corporation
525 Route 73 N, Ste 104
Marlton, NJ 08053
(856)428-9696
Attorneys for Debtor and Debtor-in-Possession

In Re:

Rose Ann Tamburri,

Debtor and Debtor-in-Possession

Case No.: 25-21049

Chapter: 11

Hearing Date: November 5, 2026

Judge: JNP

# CERTIFICATION OF BALLOTING

| | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| **CLASS 1** | **No** | | | | | | | | **Yes** |
| **CLASS 2** | **No** | | | | | | | | **Yes** |
| **CLASS 3** | **Yes** | **0** | **0** | **0** | **0** | **$0** | **$0** | **$94,206** | **Yes** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CLASS 4** | **Yes** | **0** | **0** | **0** | **0** | **$0** | **$0** | **$27,096** | **Yes** |
| **CLASS 5** | **Yes** | **0** | **0** | **0** | **0** | **0** | **0** | **$12,000** | **Yes** |
| **CLASS 6** | **Yes** | **0** | **0** | **0** | **0** | **0** | **0** | **$698,940.13** | **Yes** |

**** Add additional classes as necessary.**

**CLASS 7** **No** **Yes**

If any ballots have not been included in this tally, provide an explanation:
Fulton Bank, the Class 5 creditor and a member of Class 6 accepted the Plan in the Stipulation filed August 14, 2026. NewRez, LLC as servicer for U.S. Bank NA a member of Class 6 accepted the Plan in the Stipulation filed August 21, 2026.

Classes 3 and 4 are deemed to have accepted the Plan in the absence of an Objection. See Ruti-Sweetwater, Inc., 836 F. 2d, 1263 (10th Cir., 1988)

I, Ira R. Deiches, the ☒ attorney for the, or ☐ self represented plan proponent in this case, certify under penalty of perjury that the above is true.

Date: October 15, 2026 *<u>/s/ Ira R. Deiches</u>*
Signature