**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Jeffrey T. Testa
Telephone: (973) 622-4444
Email: jtesta@mccarter.com

-and-

Elisabeth M. Von Eitzen
WARNER NORCROSS + JUDD LLP
180 East Water Street, Suite 7000
Kalamazoo, MI 49007
Telephone: (269) 276-8118
Email: evoneitzen@wnj.com

*Counsel for Mercedes-Benz Financial Services USA LLC*

| | |
|---|---|
| In re:<br><br>ROSE ANN TAMBURRI,<br><br>Debtor and Debtor-In-Possession. | Case No. 25-21049 (JNP)<br><br>Chapter 11<br><br>Honorable Jerrold N. Poslusny, Jr. |

**WITHDRAWAL OF DOCKET NOS. 96 & 97**

Mercedes-Benz Financial Services USA LLC ("MBFS"), by and through its undersigned counsel, hereby withdraws the *Application in Lieu of Motion Pursuant to D.N.J. LBR 9019-4(b) to Approve Consent Order and Stipulation Between Debtor and Mercedes-Benz Financial Services USA LLC Rejecting Vehicle Lease (2024 Mercedes C300W4)* (Docket No. 96) and the Certification Regarding Proposed Order (Docket No. 97), and intends to re-file same with electronic signatures.

Dated: October 22, 2026

**MCCARTER & ENGLISH, LLP**

/s/ Jeffrey T. Testa
Jeffrey T. Testa
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Email: jtesta@mccarter.com

-and-

Elisabeth M. Von Eitzen
WARNER NORCROSS + JUDD LLP
180 East Water Street, Suite 7000,
Kalamazoo, MI 49007
Telephone: (269) 276-8118
Email: evoneitzen@wnj.com

*Attorneys for Mercedes-Benz Financial Services USA LLC*