| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**MCCARTER & ENGLISH, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br>Jeffrey T. Testa<br>Telephone: (973) 622-4444<br>Email: jtesta@mccarter.com<br><br>-and-<br><br>Elisabeth M. Von Eitzen<br>WARNER NORCROSS + JUDD LLP<br>180 East Water Street, Suite 7000<br>Kalamazoo, MI 49007<br>Telephone: (269) 276-8118<br>Email: evoneitzen@wnj.com<br><br>*Counsel for Mercedes-Benz Financial Services USA LLC* | |
| In re:<br><br>ROSE ANN TAMBURRI,<br><br>Debtor and Debtor-In-Possession. | Case No. 25-21049 (JNP)<br><br>Chapter 11<br><br>Honorable Jerrold N. Poslusny, Jr. |

# CERTIFICATE OF SERVICE

1. I, Linda Restivo:
   - ☐ represent Creditor _________________ in this matter.
   - ☒ am a paralegal at McCarter & English, LLP, who represents Jeffrey T. Testa, Counsel for Mercedes-Benz Financial Services USA LLC, in this matter.
   - ☐ am the ________________________ in this case and am representing myself.

2. On October 22, 2026, I, along with the staff at McCarter & English, LLP, caused to be served a copy of the following documents on the parties listed in the chart below:

   - *Application in Lieu of Motion Pursuant to D.N.J. LBR 9019-4(b) to Approve Consent Order and Stipulation Between Debtor and Mercedes-Benz Financial Services USA LLC Rejecting Vehicle Lease (2024 Mercedes C300W4)* together with

*Proposed Consent Order Approving Consent Order and Stipulation Between Debtor and Mercedes-Benz Financial Services USA LLC Rejecting Vehicle Lease (2024 Mercedes C300W4)* (collectively, Dkt. No. 99); and

- *Certification Concerning Proposed Order* (Dkt. No. 100).

3. I hereby certify under penalty of perjury that the above documents were served using the mode of service indicated.

Dated: October 22, 2026

*/s/ Linda Restivo*
Linda Restivo

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ira R. Deiches<br>Deiches and Ferschmann<br>525 Route 73 N, Suite 104<br>Marlton, New Jersey 08053 | Counsel to Debtor | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other via email with consent<br>(As authorized by court or by rule. Cite the rule if applicable). |
| Jeffrey M. Sponder<br>US States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee's Office | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by court or by rule. Cite the rule if applicable). |
| Amar A. Agrawal<br>Eisenberg, Gold & Agrawal, P.C.<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, New Jersey 08034 | Counsel to Fulton Bank, N.A. (Notice of Appearance) | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by court or by rule. Cite the rule if applicable). |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Todd S. Garan<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108 | Counsel for PHH Mortgage Corporation (Notice of Appearance) | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by court or by rule. Cite the rule if applicable). |
| Kimberly A. Wilson<br>Brock and Scott PLLC<br>3825 Forestgate Drive<br>Winston-Salem, NC 27103 | Counsel for Fulton Bank, N.A. (Notice of Appearance) | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by court or by rule. Cite the rule if applicable). |
| Wells Fargo Home Equity Group<br>Collections Foreclosure Department<br>PO Box 2248<br>Jacksonville, FL 32203 | Creditor (Notice of Appearance) | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by court or by rule. Cite the rule if applicable). |
| Steven K. Eisenberg, Esquire<br>Stern & Eisenberg, PC<br>1581 Main Street, Ste. 200<br>The Shops at Valley Square<br>Warrington, PA 18976 | Counsel for U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-BC6 (Notice of Appearance) | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by court or by rule. Cite the rule if applicable). |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Matthew Fissel<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Counsel for PNC Bank, National Association (Substitution of Counsel) | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by court or by rule. Cite the rule if applicable). |