**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Jeffrey T. Testa
Telephone: (973) 622-4444
Email: jtesta@mccarter.com

-and-

Elisabeth M. Von Eitzen
WARNER NORCROSS + JUDD LLP
180 East Water Street, Suite 7000
Kalamazoo, MI 49007
Telephone: (269) 276-8118
Email: evoneitzen@wnj.com

*Counsel for Mercedes-Benz Financial Services USA LLC*

| | |
|---|---|
| In re:<br><br>ROSE ANN TAMBURRI,<br><br>Debtor and Debtor-In-Possession. | Case No. 25-21049 (JNP)<br><br>Chapter 11<br><br>Honorable Jerrold N. Poslusny, Jr. |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

1. I, Linda Restivo:
   - ☐ represent Creditor ________________ in this matter.
   - ☒ am a paralegal at McCarter & English, LLP, who represents Jeffrey T. Testa, Counsel for Mercedes-Benz Financial Services USA LLC, in this matter.
   - ☐ am the ______________________ in this case and am representing myself.

2. On October 26, 2026, I, along with the staff at McCarter & English, LLP, caused to be served a copy of the following documents on the parties listed in the chart below:

   - *Exhibit A to Application in Lieu of Motion Pursuant to D.N.J. LBR 9019-4(b) to Approve Consent Order and Stipulation Between Debtor and Mercedes-Benz*

*Financial Services USA LLC Rejecting Vehicle Lease (2024 Mercedes C300W4)* (Dkt. No. 103) together with another copy of the Application to which it refers (Dkt. No. 99).

3. I hereby certify under penalty of perjury that the above documents were served using the mode of service indicated.

Dated: October 26, 2026

*/s/ Linda Restivo*
Linda Restivo

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ira R. Deiches<br>Deiches and Ferschmann<br>525 Route 73 N, Suite 104<br>Marlton, New Jersey 08053<br>Email: iradeiches@deicheslaw.com | Counsel to Debtor | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Via Email & CMECF (only Dkt. No. 103)<br>(As authorized by court or by rule. Cite the rule if applicable). |
| Jeffrey M. Sponder<br>US States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Email: jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov | US Trustee's Office | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Via Email & CMECF<br>(As authorized by court or by rule. Cite the rule if applicable). |
| Amar A. Agrawal<br>Eisenberg, Gold & Agrawal, P.C.<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, New Jersey 08034<br>aagrawal@egalawfirm.com<br>alapinski@egalawfirm.com<br>jwingfield@egalawfirm.com | Counsel to Fulton Bank, N.A. (Notice of Appearance) | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Via Email & CMECF<br>(As authorized by court or by rule. Cite the rule if applicable). |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Todd S. Garan<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108<br>Email: tgaran@aldridgepite.com | Counsel for PHH Mortgage Corporation (Notice of Appearance) | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Via Email<br>(As authorized by court or by rule. Cite the rule if applicable). |
| Kimberly A. Wilson<br>Brock and Scott PLLC<br>3825 Forestgate Drive<br>Winston-Salem, NC 27103<br>Email:<br>kimberly.wilson@brockandscott.com<br>wbecf@brockandscott.com | Counsel for Fulton Bank, N.A. (Notice of Appearance) | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Via Email & CMECF<br>(As authorized by court or by rule. Cite the rule if applicable). |
| Wells Fargo Home Equity Group<br>Collections Foreclosure Department<br>PO Box 2248<br>Jacksonville, FL 32203 | Creditor (Notice of Appearance) | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by court or by rule. Cite the rule if applicable). |
| Steven K. Eisenberg, Esquire<br>Stern & Eisenberg, PC<br>1581 Main Street, Ste. 200<br>The Shops at Valley Square<br>Warrington, PA 18976<br>Email: bkecf@sterneisenberg.com<br>jmcnally@sterneisenberg.com<br>skelly@sterneisenberg.com | Counsel for U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-BC6 (Notice of Appearance) | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Via Email & CMECF<br>(As authorized by court or by rule. Cite the rule if applicable). |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Matthew Fissel<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>bkgroup@kmllawgroup.com | Counsel for PNC Bank, National Association (Substitution of Counsel) | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Via Email & CMECF<br>(As authorized by court or by rule. Cite the rule if applicable). |